UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA ALLEN,

              Plaintiff,         Case no. 08-13619
                                            Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant,
_____/

**ORDER ADOPTING MAGISTRATE JUDGE**
**REPORT AND RECOMMENDATION**

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge R. Steven Whalen's July 10, 2009, report and recommendation as well as any objections filed by the parties, and upon review;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusion of this court.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  July 30, 2009

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 30, 2009, by electronic and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager